UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH PORTER, | No. 2:15-cv-1183 DAD P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO et al., | |
| Defendants. | |

On June 23, 2015, this court granted plaintiff's motion for a thirty-day extension of time to file a completed application to proceed in forma pauperis. To date, plaintiff has not complied with this court's order. He has, however, filed a motion for immediate relief in which he seeks assistance from the court because he is having difficulty completing his in forma pauperis application paperwork due to the alleged misconduct of prison officials.

Good cause appearing, the court will construe plaintiff's motion for immediate relief as a motion for an extension of time and will grant plaintiff an additional thirty days to file a completed application to proceed in forma pauperis. If plaintiff continues to experience problems completing his in forma pauperis application he should first seek relief at his institution of incarceration. See Cal. Code Regs. tit. 15, § 3084.1(a) (prisoners may appeal "any policy, decision, action, condition, or omission by the department or its staff that the inmate or parolee can demonstrate as having a material adverse effect upon his or her health, safety, or welfare.").

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for immediate relief, construed as a motion for an extension of time (Doc. No. 16) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his completed application to proceed in forma pauperis.

Dated: October 8, 2015

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
port1183.36ifp(2)