UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH PORTER,<br><br>          Plaintiff,<br><br>   v.<br><br>J. CLARK KELSO et al.,<br><br>          Defendants. | No.  2:15-cv-1183 CKD P (TEMP)<br><br><br>ORDER |

On October 8, 2015, the court ordered plaintiff to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days.  On November 10, 2015, the court granted plaintiff a thirty-day extension of time to comply with the court's order.  That thirty-day period has now expired, and plaintiff has not filed an in forma pauperis affidavit, paid the appropriate filing fee, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated:  January 6, 2016

                                              CAROLYN K. DELANEY<br>                                              UNITED STATES MAGISTRATE JUDGE

ec
port1183.fifp

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 4)